```
Barry R. Wegman (127356)
LAW OFFICES OF DAVID A. TILEM
206 N. Jackson Street, Suite 201
Glendale, California 91206
Telephone: (818) 507-6000
Facsimile: (818) 507-6800
```

Attorneys for Plaintiff Manmohan S. Biring

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>**MANMOHAN S. BIRING,**<br>        Debtor. | **Case No. 2:07-21006-SB**<br><br>Chapter 7 |
| **MANMOHAN S. BIRING and SUNITA BIRING,**<br>        Plaintiffs,<br>vs.<br>**ARUNPAL SEHGAL,**<br>        Defendant. | Adv. Case No.<br><br>**COMPLAINT FOR DECLARATORY RELIEF**<br><br><u>**Status Conference Date:**</u><br>Date :     TBD<br>Time :<br>Place: |

**COMES NOW** Plaintiffs Manmohan S. Biring and Sunita Biring alleging as follows:

### PARTIES

1. Plaintiff Manmohan S. Biring filed for relief under Chapter 7 of the U.S. Bankruptcy Code on November 28, 2007.

2. Plaintiff Sunita Biring is the wife of Plaintiff Manmohan S. Biring and resides in the County of Los Angeles, California.

3. Defendant Arunpal Sehgal is an individual residing in the County of Los Angeles, California.

**STATEMENT OF JURISDICTION AND VENUE**

4. This Court has jurisdiction over this Adversary Proceeding and Complaint pursuant to 28 U.S.C. §§ 157 and 1334. This is a related proceeding pursuant to 28 U.S.C. § 157(b)(2) & (c).

5. Venue for this Adversary Proceeding properly lies in the Central District of California, in the Los Angeles Division, in that the underlying Chapter 7 case was filed by the Debtor in the Central District of California in the Los Angeles Division.

6. This Adversary Proceeding seeks a declaratory judgment as to whether the Plaintiffs hold the beneficial interest in their residence located at 1582 Charlton Road, San Marino, California 91108 under a resulting trust.

**GENERAL ALLEGATIONS**

7. Plaintiff Manmohan S. Biring is a physician, licensed to practice medicine in the State of California. Dr. Biring is schooled in pulmonary, internal, sleep and critical care medicine, but has expertise in skin care, laser hair removal and similar cosmetic treatments (Cosmetic Treatment).

8. The Birings live in a residence located at 1582 Charlton Road, San Marino, California 91108 ("Subject Property"). Originally, Dr. Biring purchased the property as his sole and separate property in September of 2002. As part of a marital property agreement with his wife, he conveyed it to Sunita Biring, as Trustee of the Biring Intervivos Trust for Sunita Biring in July of 2005.

9. Due to financial pressures and to bring in money, Dr. Biring contacted Defendant Dr. Arunpal Sehgal for work. Dr. Biring and Dr. Sehgal knew one another from their days at Cedars Sinai

1 | Medical Center where both were staff physicians. Dr. Sehgal and
2 | Dr. Biring eventually came around to the idea of establishing a med
3 | spa of their own. Dr. Biring commenced establishing the med spa,
4 | without being compensated for his work.
5 |     10. By August of 2005, Dr. Biring was having significant
6 | trouble paying the family expenses. Because he was not being
7 | compensated, Dr. Biring was unable to afford to pay family living
8 | expenses while the new med spa was being set up. He and Dr. Sehgal
9 | entered an agreement whereby Dr. Sehgal would take title to the
10 | Biring home in San Marino, California for $2.5 million by putting
11 | $250,000 down and financing the balance in a new mortgage. The
12 | transaction was complete on August 25, 2005, with a new loan by
13 | Countrywide Home Loans.
14 |     11. After escrow closed, the Birings returned the $250,000
15 | down payment to Dr. Sehgal. They continued to live in the home.
16 | They paid the mortgage and taxes as well as all incidentals of
17 | ownership; i.e., insurance, maintenance, etc.
18 |     12. On June 12, 2007, Dr. Seghal delivered a written notice to
19 | Dr. Biring that he was no longer associated with the med spa he and
20 | Dr. Seghal had agreed to open. The locks at the med spa were
21 | changed and Dr. Biring was no longer welcome, despite his efforts
22 | to get the med spa open.
23 |     13. Thereafter, Dr. Sehgal served a notice to quit and
24 | followed this with an Unlawful Detainer in the State Court, seeking
25 | to evict the Birings.
26 | ///
27 | ///
28 | ///

Main Document    Page 4 of 10

## COUNT ONE

### Declaratory Relief against Arunpal Sehgal, M.D.

14. The allegations contained within paragraphs 1 through 14 above are incorporated herein as though fully set forth.

15. After the close of escrow on the transfer of the Biring home to Dr. Sehgal, the Birings tendered by bank wire the sum of $250,000 to Dr. Sehgal's bank account.

16. Additionally, the Birings paid the mortgage directly to Countrywide Home Loans and the property taxes to the County Tax Assessor.  The Birings also covered the expense of other indicia of ownership such as insurance, maintenance and repairs.

17. A justiciable controversy has arisen between the parties hereto in that:

   a. On one hand, Plaintiffs believe they hold the beneficial interest in the property as a consequence of the arrangements made with Defendant and their payment of the down payment, mortgage, taxes and other incidentals of ownership, thereby creating a resulting trust in which Defendant Seghal must reconvey the property to them; and,

   b.  On the other hand, Plaintiffs are informed and believe that Defendant Seghal believes that the $250,000 returned to him was an investment in the med spa and that he owns the Subject Property in fee, with the Birings sole relationship to the property as that of tenants.

18. The dispute is justiciable because Dr. Seghal has recently filed a new unlawful detainer action in the California Superior Court for the County of Los Angeles, in the Northeast District in Pasadena, California entitled: <u>Arunpal Sehgal v Sunita Biring,</u>

Manmohan S. Biring, Does 1 TO 10, inclusive and bearing case number 09U00790. The purpose of the action is to take possession and control of the Subject Property despite the beneficial interest being held by Plaintiffs. Additionally, Dr. Sehgal is pursuing an action against Plaintiff Sunita Biring for allegedly not disclosing material facts in a real estate sale transaction entitled ARUNPAL SEHGAL v. SUNITA BIRING, TRUSTEE OF THE BIRING INTERVIVOS TRUST FOR SUNITA BIRING, and DOES 1 through 100, inclusive, bearing case number 2:09-01309-SB.

19. A judicial decision is necessary as it will determine the nature of Plaintiffs' interest in the Subject Property, resolve the right of Dr. Sehgal to bring an unlawful detainer and whether a sale of the residence actually took place.

**WHEREFORE,** Plaintiffs Manmohan S. Biring and Sunita Biring pray for judgment as follows:

**Count One:**

1. For a declaration that Plaintiffs hold the beneficial interest in the Subject Property;

2. For costs of suit incurred herein; and,

3. For such other and further relief as the Court may deem just and proper.

Dated: October 23, 2009

Law Offices of David A. Tilem

By _____
Barry R Wegman, attorney
for Plaintiffs Manmohan S.
Biring and Sunita Biring

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Barry R. Wegman (127356)<br>LAW OFFICES OF DAVID A. TILEM<br>206 N. Jackson Street<br>Suite 201<br>Glendale, CA 91206<br>Tel: 818 507-6000<br>Fax: 818 507-6800<br><br>*Attorney for Plaintiff* Manmohan S. Biring and Sunita Biring | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Manmohan S. Biring<br><br>Debtor. | CHAPTER 7<br><br>CASE NUMBER 2:07-21006 SB<br><br>ADVERSARY NUMBER |
|---|---|
| Manmohan S. Biring and Sunita Biring<br><br>Plaintiff(s),<br><br>vs.<br><br>Arunpal Sehgal<br><br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

**Hearing Date:**    Time:    **Courtroom:** 1575    **Floor:** 15

☒ **255 East Temple Street, Los Angeles**    ☐ **411 West Fourth Street, Santa Ana**

☐ **21041 Burbank Boulevard, Woodland Hills**    ☐ **1415 State Street, Santa Barbara**

☐ **3420 Twelfth Street, Riverside**

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____

**JON D. CERETTO**
**Clerk of the Bankruptcy Court**

By: _____
*Deputy Clerk*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 (COA-SA)                                                                                              F 7004-1

| Summons and Notice of Status Conference - *Page 2* | F 7004-1 |
|---|---|
| In re (SHORT TITLE)<br>Manmohan S. Biring                                    Debtor(s). | CASE NO.: 2:07-21006 SB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as _____
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____    _____    _____
Date                Type Name                   Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 (COA-SA)                                                                F 7004-1

Summons and Notice of Status Conference - *Page 3*

**F 7004-1**

| In re (SHORT TITLE) | CASE NO.: 2:07-21006 SB |
|---|---|
| Manmohan S. Biring                                    Debtor(s). | |

**ADDITIONAL SERVICE INFORMATION** (if needed):

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* (COA-SA)

**F 7004-1**

FORM B104 (08/07)                             2007 USBC, Central District of California

| **ADVERSARY PROCEEDING COVER SHEET** (Instructions on Page 2) | **ADVERSARY PROCEEDING NUMBER** (Court Use Only) |
|---|---|
| **PLAINTIFFS** <br> Manmohan S. Biring and Sunita Biring | **DEFENDANTS** <br> Arunpal Sehgal |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) <br> Law Offices of David A. Tilem, 206 N. Jackson St., Ste 201, Glendale, CA 91206 <br> Tel: 818 507-6000  Fax: 818 507-6800 | **ATTORNEYS** (If Known) <br> Bovitz & Spitzer, 880 W. First Street, Suite 502, Los Angeles, CA 90012 <br> Tel: 213-346-8300  Fax: 213-620-1811 |
| **PARTY** (Check One Box Only) <br> ☒ Debtor    ☐ U.S. Trustee/Bankruptcy Admin <br> ☐ Creditor    ☐ Other <br> ☐ Trustee | **PARTY** (Check One Box Only) <br> ☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin <br> ☐ Creditor    ☒ Other <br> ☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Declaratory relief to establish a resulting trust over real property.

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☒ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☒ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☒ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☒ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 0.00 |

**Other Relief Sought**
Declaratory judgment

FORM B104 (08/07), page 2                                                                 2007 USBC, Central District of California

| **BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES** |||
|---|---|---|
| **NAME OF DEBTOR** <br> Manmohan S. Biring || **BANKRUPTCY CASE NO.** <br> 2:07-21006-SB |
| **DISTRICT IN WHICH CASE IS PENDING** <br> Central District of California | **DIVISIONAL OFFICE** <br> Los Angeles | **NAME OF JUDGE** <br> Samuel Bufford |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** |||
| **PLAINTIFF** <br> Arunpal Seghal | **DEFENDANT** <br> Sunita Biring | **ADVERSARY PROCEEDING NO.** <br> 2:09-ap-01339 SB |
| **DISTRICT IN WHICH ADVERSARY IS PENDING** <br> Central District of California | **DIVISIONAL OFFICE** <br> Los Angeles | **NAME OF JUDGE** <br> Samuel Bufford |
| **SIGNATURE OF ATTORNEY (OR PLAINTIFF)** <br> [signature] |||
| **DATE** <br> 10/23/09 | **PRINT NAME OF ATTORNEY (OR PLAINTIFF)** <br> Barry R. Wegman ||

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendents.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.